THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>                Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; ADAM STAHL, in his official capacity as the Senior Official Performing the Duties of the Administrator of the Transportation Security Administration; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>                Defendants. | Case No. 2:25-cv-00451-MJP<br><br>DECLARATION OF SERVICE |

I, Jennifer Fernando, declare under penalty of perjury of the laws of the United States of America that the following is true and correct:

DECLARATION OF SERVICE – Page 1
Case No. 2:25-cv-00451-MJP

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

1. I am over the age of 18, not a party to this action, and am competent to be a witness herein. I am employed as a paralegal with the law firm of Barnard Iglitzin & Lavitt LLP.

On April 7, 2025, true and correct copies of the Motion of Plaintiffs AFGE and AFGE TSA Local 1121 for Preliminary Injunction; Proposed Order; Declaration of Scott Lewis; Declaration of Amelia Glymph; and Declaration of Service were served on the following party(s) and/or attorney(s) via the methods indicated below:

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| Adam Stahl<br>Transportation Security Administration<br>6595 Springfield Center Drive<br>Springfield, VA 20598 | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| Kristi Noem<br>Secretary of Homeland Security<br>St. Elizabeth Campus<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528 | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| Department of Homeland Security<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528 | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| Pam Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |

DECLARATION OF SERVICE – Page 2
Case No. 2:25-cv-00451-MJP

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| Transportation Security Administration<br>General Counsel<br>Office of the Chief Counsel<br>701 South 12th St., M.S. 6032<br>Arlington, VA 20598-6032 | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| Office of the General Counsel<br>US Department of Homeland Security<br>245 Murray Lane SW, MS 0485<br>Washington, DC 20528-0485 | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| Teal Luthy Miller<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart St., Suite 5220<br>Seattle, WA 98101-1271 | ☒ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |

Date this 7th day of April, 2025 at Seattle, WA.

By: */s/ Jennifer Fernando*
Jennifer Fernando, Paralegal

DECLARATION OF SERVICE – Page 3
Case No. 2:25-cv-00451-MJP

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD IGLITZIN & LAVITT LLP