THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; ADAM STAHL, in his official capacity as the Senior Official Performing the Duties of the Administrator of the Transportation Security Administration; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | Case No. 2:25-cv-00451-MJP<br><br>DECLARATION OF SERVICE |

I, Declan Hayes, declare under penalty of perjury of the laws of the United States of America that the following is true and correct:

DECLARATION OF SERVICE – Page 1
Case No. 2:25-cv-00451-MJP

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

1   I am over the age of 18, not a party to this action, and am competent to be a witness herein.

2   I am employed as a paralegal with the law firm of Bredhoff & Kaiser, P.L.L.C.

3   I caused true and correct copies of the Summons, Complaint for Declaratory and Injunctive

4   Relief, and Civil Cover Sheet to be served on the following party(s) and/or attorney(s) via the

5   methods indicated below:

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| Kristi Noem, in her official capacity as Secretary of Homeland Security<br><br>(mailed on March 18, 2025)<br>(delivered on March 24, 2025) | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| U.S. Department of Homeland Security<br><br>(mailed on March 18, 2025)<br>(delivered on March 24, 2025) | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| Adam Stahl, in his official capacity as the Senior Official Performing the Duties of the Administrator of the Transportation Security Administration<br>(mailed on March 18, 2025)<br>(delivered on March 24, 2025) | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| Transportation Security Administration<br><br>(mailed on March 18, 2025)<br>(delivered on March 24, 2025) | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |
| U.S. Department of Justice<br><br>(mailed on March 18, 2025)<br>(delivered on March 24, 2025) | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |

DECLARATION OF SERVICE – Page 2
Case No. 2:25-cv-00451-MJP

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| Teal Luthy Miller, Acting U.S. Attorney for the Western District of Washington<br><br>(mailed on March 19, 2025)<br>(delivered on March 28, 2025) | ☐ Hand Delivery<br>☒ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☐ E-Service |

Proof of delivery is attached hereto as Exhibit A.

DATED this 7th day of April, 2025 at Washington, DC.

By: _____
Declan Hayes, Paralegal

DECLARATION OF SERVICE – Page 3
Case No. 2:25-cv-00451-MJP

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**