Judge Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; HA NGUYEN McNEILL, in her official capacity as Acting Administrator of the Transportation Security Administration[1]; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. C25-0451MJP<br><br>**ORDER DENYING PLAINTIFF AFGE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>(Proposed) |

This matter comes before the Court on AFGE's Motion for a Preliminary Injunction (Dkt. # 18).

---

[1] Ha Nguyen McNeill assumed office as the Acting Administrator of the Transportation Security Administration on April 21, 2025, and is hereby substituted as a party-defendant for Adam Stahl, Senior Official Performing the Duties of the Administrator of the Transportation Security Administration, pursuant to Rule 25(d), Fed. R. Civ. P.

(Proposed) ORDER DENYING AFGE'S MOTION FOR A PRELIMINARY INJUNCTION - 1
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

The Court, having considered the arguments presented by the parties for and against the motion and being fully informed,

HEREBY ORDERS that AFGE's motion for a preliminary injunction is denied because the Court lacks subject matter jurisdiction to hear the underlying claims for which AFGE seeks preliminary relief.

DATED this _____ day of _____, 2025.

_____
MARSHA J. PECHMAN
Senior United States District Judge

Presented by:

 */s/Brian C. Kipnis*
Brian C. Kipnis
Assistant United States Attorney

Attorney for Defendants

(Proposed) ORDER DENYING AFGE'S MOTION FOR A PRELIMINARY INJUNCTION - 2
(Case No. C25-0451MJP)