Judge Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; ADAM STAHL, in his official capacity as the Senior Official Performing the Duties of the Administrator of the Transportation Security Administration; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. C25-0451MJP<br><br>**DECLARATION OF ANTHONY VINCENZO** |

I, ANTHONY VINCENZO, declare as follows:

1. I am employed by the Transportation Security Administration ("TSA"), a component agency of the U.S. Department of Homeland Security, as a Branch Manager in the Office of Human Capital's National Resolution Center (NRC). TSA's NRC provides and supports alternative dispute

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

resolution services, TSA's anti-harassment program, and its administrative grievance procedures. I have served in this position since May of 2024.

2. In my role as Branch Manager for NRC, I am responsible for supervising the processing of employment-related grievances submitted by TSA employees pursuant to applicable agency policies.

3. On February 27, 2025, the Secretary of Homeland Security issued a determination (the "Noem Determination") directing TSA to act within 90 days to terminate, "to the extent permitted by law, . . . any pending grievances previously filed by a union on behalf of an employee carrying out screening functions under the negotiated grievance procedure" set forth in a collective bargaining agreement ("CBA") signed in May 2024. The Noem Determination further stated that "[a]lternative procedures may be considered as appropriate."

4. On March 11, 2025, TSA issued Human Capital Advisory Memo 2025.1100 (HCAM 2025.1100), "as an interim measure to provide TSA policy implementing" the Noem Determination. Among the various changes and modifications to TSA internal policies effectuated by HCAM 2025.1100, it stated that "[a]ll pending grievances filed by AFGE will be terminated consistent with the [Noem Determination]," and that grievance arbitration was ending, but that TSA's Human Capital Management Policy (HCM) No. 771-4, *National Resolution Center* (Dec. 30, 2022), would continue to apply to employees previously covered by the CBA. *Id*. at 2. A true and correct copy of the Memo is filed together with this Declaration as Exhibit 1.

5. As an "alternative procedure" contemplated by the Noem Determination, TSA provided every employee with a pending grievance filed by AFGE under CBA grievance procedures with notice of an option to request review of that pending grievance pursuant to TSA's internal administrative grievance process administered by NRC under HCM 771-4. A true and correct copy of HCM 771-4 is filed together with this Declaration as Exhibit 2.

6. As of March 11, 2025, there were 199 pending grievances that had been filed under CBA grievance procedures.

7. During the period from March 19, 2025 to April 15, 2025, TSA sent a notice via email addressing each of the 199 pending grievance. The notice explained that as a result of the

DECLARATION OF ANTHONY VINCENZO - 2
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

Noem Determination, TSA can no longer process grievances "via the procedures detailed in the CBA." The notice further explained that "certain grievances that were filed under the CBA and were pending as of March 11, 2025, may be eligible for review under the administrative grievance process." The notice specified that grievances "involving the following issues may be eligible for review: a disciplinary action, and/or a workplace dispute, including an alleged violation or misapplication of TSA policy related to employment." The notice also specified that "grievances solely alleging violations of the rescinded CBA and/or the 2022 Determination [regarding collective bargaining]" and/or "grievances that were filed by AFGE on behalf of AFGE/an AFGE representative" are not eligible for review under the administrative grievance process and are considered closed. A true and correct copy of the notice emailed to employees is filed together with this Declaration as Exhibit 3.

8.  As specified in the notice, an employee with a pending grievance involving one or more issues that may be eligible for review under the "alternative procedure" could request such review simply by replying to the notice email "with this statement (or similar language): 'I wish to have this grievance reviewed through the administrative grievance process, as detailed in HCM 771-4.'" That streamlined option for requesting review excused employees with pending grievances under the CBA from having to submit a standard form that would otherwise be required to initiate the administrative grievance process under HCM 771-4. The notice stated that employees had fifteen days from the date the email was sent to request review, with an extension of the deadline possible upon a showing of extenuating circumstances.

9.  The notice also specified that a "grievant may have a personal representative in the grievance process consistent with TSA [Management Directive] 1100.63, *Employee Representation*, provided a completed TSA Form 1163-1, *Personal Representative Designation*, is submitted." Under the referenced management directive, an employee may choose as his or her personal representative an individual affiliated with AFGE. Accordingly, if an employee initiated a grievance under the CBA via a personal representative affiliated with AFGE and then elected to request review of that pending grievance under the administrative grievance process set forth in HCM 771-4, the employee could continue to be represented by the same personal representative.

DECLARATION OF ANTHONY VINCENZO - 3
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

10. As of April 24, 2025, 33 employees who had pending grievances under the CBA have requested review of those grievances under the administrative grievance process set forth in HCM 771-4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of April 2025, in Springfield, Virginia.

ANTHONY F VINCENZO
Digitally signed by ANTHONY F VINCENZO
Date: 2025.04.25 13:52:39 -04'00'

ANTHONY VINCENZO

DECLARATION OF ANTHONY VINCENZO - 4
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970