UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; HA NGUYEN McNEILL, in her official capacity as Acting Administrator of the Transportation Security Administration; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. 2:25-cv-451-MJP<br><br>DECLARATION OF CHAD E. HARRIS |

DECLARATION OF CHAD E. HARRIS – 1
CASE NO: 2:25-cv-451-MJP

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

## DECLARATION OF CHAD E. HARRIS

I, Chad E. Harris, declare as follows:

1. My name is Chad E. Harris.

2. I am over eighteen years of age and am competent to testify.

3. I am currently an Assistant General Counsel at the American Federation of Government Employees ("AFGE").

4. I have been employed at AFGE since 2008.

5. AFGE is a labor organization that represents approximately 47,000 Transportation Security Officers ("TSOs") of the Transportation Security Administration ("TSA") in airports located throughout the United States.

6. Prior to my current position with AFGE, I served as Staff Counsel (TSA) from 2008 to 2011 and Acting Supervising Attorney (TSA) from 2011 to 2015.

7. I have represented AFGE and its TSO members in AFGE's organizing campaign to represent TSOs, during its collective bargaining negotiations with TSA, before TSA administrative appellate boards, and before independent third-party arbitrators.

8. When I started my current position as an Assistant General Counsel, I continued working on TSA-related issues, among other matters.

9. To my knowledge, neither AFGE nor TSA has ever appealed an arbitration award regarding TSOs to the Federal Labor Relations Authority (FLRA).

10. To my knowledge, AFGE has never filed an unfair labor practice (ULP) charge with the FLRA against TSA regarding TSOs.

11. To my knowledge, TSA has never filed a ULP charge with the FLRA against AFGE regarding TSOs.

DECLARATION OF CHAD E. HARRIS – 2
CASE NO: 2:25-cv-451-MJP

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

12. Individual TSOs have filed ULP charges against AFGE, and to my knowledge these charges have been dismissed.

13. For example, on January 22, 2021, I was sent a letter by FLRA Regional Director Richard S. Jones dismissing a ULP charge that had been filed against AFGE by a bargaining unit employee. The FLRA Regional Director stated that the basis for the dismissal was that "the FLRA is without jurisdiction to consider a claim that the Union violated the statutory duty of fair representation with respect to a TSA bargaining unit employee and this charge must be dismissed" because "TSA determined that the Statute does not apply or afford any rights to its employees." A true and accurate copy of this letter is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2025 in Washington, D.C.

*Chad E. Harris*
Chad E. Harris

DECLARATION OF CHAD E. HARRIS – 3
CASE NO: 2:25-cv-451-MJP

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

**BARNARD IGLITZIN & LAVITT LLP**