Judge Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; HA NGUYEN McNEILL, in her official capacity as Acting Administrator of the Transportation Security Administration; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. C25-0451MJP<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>(Proposed) |

The Court, having considered Defendants' Motion to Dismiss, including the memoranda filed by the parties for and against the motion, and having heard the arguments of their counsel, and

///

///

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (Proposed) - 1
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

being fully advised in the matter,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1. Federal Defendants' Motion to Dismiss for lack of subject matter jurisdiction should be and is hereby granted.

2. This action is dismissed in its entirety.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
MARSHA J. PECHMAN
Senior United States District Judge

Presented by:

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

Attorney for Defendants

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (Proposed) - 2
(Case No. C25-0451MJP)