UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM; U.S. DEPARTMENT OF HOMELAND SECURITY; HA NGUYEN MCNEILL; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. C25-451 MJP<br><br>CLARIFYING ORDER RE: BOND |

Further to the Court's Order on Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 39), the Court ORDERS Plaintiffs to deposit a cash bond in the amount of $100 into the Court's

CLARIFYING ORDER RE: BOND - 1

1 | registry. See Fed. R. Civ. P. 67. These funds may not be withdrawn except by further order of the
2 | Court. See Fed. R. Civ. P. 67(b); 28 U.S.C. § 2042.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 4, 2025.

Marsha J. Pechman
United States Senior District Judge