Judge Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; HA NGUYEN McNEILL, in her official capacity as Acting Administrator of the Transportation Security Administration; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. C25-0451MJP<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AND TO PLAINTIFFS AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants in the above-entitled matter, pursuant to LCR 7(n) of the Local Rules of the United States District Court for the Western District of Washington hereby submit as supplemental authority the order (for publication) filed on August 1, 2025, by the United

NOTICE OF SUPPLEMENTAL AUTHORITY - 1
(Case No. C25-0451MJP)

States Court of Appeals for the Ninth Circuit in *American Federation Of Government Employees, AFL-CIO, et al. v. Donald J. Trump, etc. et al.*, Case No. 25-4014, 2025 WL 2180674 (9th Cir. Aug. 1, 2025), in connection with Defendants' pending motion to dismiss filed herein (Dkt.# 37).

    A copy of the cited opinion is filed with this notice.

    DATED this 4th day of August, 2025.

                                      Respectfully submitted,

                                      TEAL LUTHY MILLER
                                      Acting United States Attorney

                                      *s/ Brian C. Kipnis*
                                      BRIAN KIPNIS
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Western District of Washington
                                      700 Stewart Street, Suite 5220
                                      Seattle, WA 98101
                                      Email: brian.kipnis@usdoj.gov

                                      *Attorneys for Defendants*

NOTICE OF SUPPLEMENTAL AUTHORITY - 2
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970