Judge Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, etc., *et al.*,<br><br>Defendants. | CASE NO. C25-0451MJP<br><br>**STIPULATION FOR ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSE TO COMPLAINT AND ADMINISTRATIVE RECORD; ORDER THEREON**<br><br>(Note on Motion Calendar for: August 22, 2025) |

WHEREAS this action is brought by the American Federation of Government Employees ("AFGE") and other labor unions (hereafter referred to collectively as "Plaintiffs") against the Secretary of Homeland Security and others (hereafter referred to collectively as ("Defendants") to set aside a determination to rescind a collective bargaining agreement between AFGE and the Transportation Security Administration ("TSA"); and

WHEREAS on June 2, 2025, the Court granted Plaintiffs' motion for a preliminary injunction (Dkt # 39) and on August 13, 2025, the Court denied Defendants' motion to dismiss; and

WHEREAS Defendants are currently in the process of compiling an administrative record and preparing an answer to the complaint in this action; and

WHEREAS Defendants' counsel of record will be out of the country, commencing on September 15, 2025, and returning the first week of October; and

STIPULATION FOR ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSE TO COMPLAINT AND ADMINISTRATIVE RECORD; ORDER THEREON - 1
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1  WHEREAS because of this planned vacation, Defendants' counsel of record will be unable
2  to oversee, review or authorize the filing of the administrative record or prepare Defendants' answer
3  to the complaint during that time; and

4  WHEREAS Plaintiffs do not object to an extension of time that allows the administrative
5  record and the complaint to be filed on or before October 7, 2025;

6  NOW THEREFORE the parties, through their respective attorneys of record, do hereby
7  stipulate and agree that the Court may make and enter the following order:

Defendants' time to file the answer and administrative record shall be extended to October 7, 2025.

SO STIPULATED.

    DATED this 22nd day of August 2025.

        TEAL LUTHY MILLER
        Acting United States Attorney

        */s/ Brian C. Kipnis*
        BRIAN C. KIPNIS
        Assistant United States Attorney
        Office of the United States Attorney
        5220 United States Courthouse
        700 Stewart Street
        Seattle, Washington 98101-1271
        Phone: 206 553 7970
        E-mail: brian.kipnis@usdoj.gov

        Attorneys for Defendants

        I certify that this memorandum contains 538 words, in compliance with Local Civil Rule LCR 7(e)(3).

SO STIPULATED.

    DATED this 22nd day of August 2025.

        */s/Robert H. Lavitt*
        Robert H. Lavitt, WSBA No. 27758
        Barnard Iglitzin & Lavitt LLP
        18 W Mercer St, Suite 400
        Seattle, WA 98119
        (206) 257-6004

STIPULATION FOR ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSE TO COMPLAINT AND ADMINISTRATIVE RECORD; ORDER THEREON - 2
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   | */s/ Abigail V. Carter*                              |
|     | Abigail V. Carter\*                                  |
| 2   | */s/ J. Alexander Rowell*                            |
|     | J. Alexander Rowell\*                                |
| 3   | Bredhoff & Kaiser, P.L.L.C.                          |

/s/ *Abigail V. Carter*
Abigail V. Carter*
*/s/ J. Alexander Rowell*
J. Alexander Rowell*
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
acarter@bredhoff.com
arowell@bredhoff.com

*/s/ Norman L. Eisen*
Norman L. Eisen*
*/s/ Pooja Chaudhuri*
Pooja Chaudhuri*
*/s/ Taryn Wilgus Null*
Taryn Wilgus Null*
State Democracy Defenders Fund
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
(202) 594-9958
norman@statedemocracydefenders.org
pooja@statedemocracydefenders.org
taryn@statedemocracydefenders.org
*Admitted pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rushab B. Sanghvi*
Rushab B. Sanghvi*
*/s/ Andres M. Grajales*
Andres M. Grajales*
American Federation Of
Government Employees, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Admitted pro hac vice*

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

STIPULATION FOR ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSE TO COMPLAINT AND ADMINISTRATIVE RECORD; ORDER THEREON - 3
(Case No. C25-0451MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

**ORDER**

IT IS SO ORDERED.

DATED this ___ day of _____, 2025.

_____
MARSHA J. PECHMAN
Senior United States District Judge

STIPULATION FOR ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSE TO COMPLAINT AND ADMINISTRATIVE RECORD; ORDER THEREON - 4
(Case No. C25-0451MJP)