UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>                Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM; U.S. DEPARTMENT OF HOMELAND SECURITY; HA NGUYEN MCNEILL; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>                Defendants. | CASE NO. C25-451 MJP<br><br>ORDER DENYING STIPULATION |

This matter comes before the Court on the Parties' Stipulation regarding Defendants' Answer. (Dkt. No. 48.) Having reviewed the Stipulation, the Court DENIES the request. In the

Stipulation, Defendants ask to be granted until October 7, 2025 to file their Answer to the complaint. As it currently stands, the Court denied Defendants' motion to dismiss on August 13, 2025, which would mean the answer is due on August 27, 2025—fourteen days after the Court's Order. See Fed. R. Civ. P. 12(a)(4). Defendants ask for the extension because of an upcoming vacation its counsel has set to commence on September 15, 2025, and extend through the end of the month. But counsel has not explained why the fourteen day time period is insufficient or why the answer could not be filed before he leaves for vacation. Nor has counsel identified some other deadline (aside from Rule 12(a)(4)) that might apply to the Answer and filing of the administrative record. On the record presented, the Court finds an absence of good cause to extend the answer filing date. The Court's denial is without prejudice to explain why there is good cause and/or why some other time period applies to Defendants' Answer and the filing of an administrative record.

      The clerk is ordered to provide copies of this order to all counsel.

      Dated August 22, 2025.

Marsha J. Pechman
United States Senior District Judge