UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM; U.S. DEPARTMENT OF HOMELAND SECURITY; HA NGUYEN MCNEILL; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. C25-451 MJP<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION |

This matter comes before the Court on the Defendants' Unopposed Motion for Order Extending Defendants' Time to File Response to Complaint and Administrative Record. (Dkt.

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION - 1

No. 50.) Having reviewed the Motion and supporting materials, the Court GRANTS the Motion. The Court previously denied Defendants' request for an extension, noting the lack of sufficient information to justify it. Defendants have now explained that they need additional time to compile an administrative record, and that the record is a necessary predicate to drafting of the Answer. Given this additional detail, counsel's previously-scheduled vacation, and the reasonable nature of the request, the Court GRANTS the Motion. Defendants must file their Answer and the administrative record by no later than October 7, 2025.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 27, 2025.

Marsha J. Pechman
United States Senior District Judge