UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM; U.S. DEPARTMENT OF HOMELAND SECURITY; HA NGUYEN MCNEILL; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. C25-451 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States Senior District Judge:

1    Defendants have requested an extension of the initial case deadlines consistent with the

2    Order on Defendants' Motion to Extend Answer Deadline (Dkt. No. 51), and Plaintiffs do not

3    oppose the request. The Court hereby EXTENDS the initial case deadlines as follows:

4    Deadline for FRCP 26(f) Conference:                          9/30/2025

5    Initial Disclosures Pursuant to FRCP 26(a)(1):               10/7/2025

6    Combined Joint Status Report and Discovery Plan
     as Required by FRCP 26(f) and Local Civil Rule 26(f):        10/14/2025

7
     The clerk is ordered to provide copies of this order to all counsel.
8
     Filed September 2, 2025.
9

10                                          Ravi Subramanian
                                            Clerk of Court
11
                                             s/Alejandro Pasaye Hernandez
12                                          Deputy Clerk

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2