1

2

3

4

5

6

7

8

The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,

                Plaintiffs,

    v.

KRISTI NOEM, *et al.*,

                Defendants.

CASE NO.  2:25-cv-00045-MJP

**CERTIFIED ADMINISTRATIVE
RECORD**

CERTIFIED ADMINISTRATIVE RECORD - 1
(Case No. 2:25-cv-00045-MJP)

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGH ATTENDANTS-CWA, AFL-CIO,<br><br>      PLAINTIFFS,<br><br>      V.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; HA NGUYEN McNEILL, in her official capacity as Acting Administrator of the Transportation Security Administration; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>      DEFENDANTS. | CASE NO.  C25-0451MJP |

**CERTIFICATION**

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019.

I am the custodian of the decision document entitled *Supporting the TSA Workforce by Removing a Union That Harms Transportation Security Officers*, and of a copy of the administrative record for this decision for DHS. I certify that, to the best of my knowledge,

information, and belief, the attached index contains the non-privileged documents considered by

DHS, and that these documents constitute the administrative record the agency considered.

Deliberative and predecisional documents and material subject to privilege are not part of the

Administrative Record.


Executed this 7th day of October, 2025 in Washington, D.C.

JULIANA J
BLACKWELL

Digitally signed by
JULIANA J BLACKWELL
Date: 2025.10.07
09:49:34 -04'00'

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
U.S. Department of Homeland Security

2

**Index for the Certified Administrative Record for the February 27th Memorandum Supporting the TSA Workforce by Removing a Union That Harms Transportation Security Officers**

| Number | Title | Bates Number |
|--------|-------|--------------|
| 1 | Memorandum from David P. Pekoske, TSA Administrator, *Supporting the TSA Workforce Through Improving the Transportation Security Officer Employment Experience* | |
| 2 | Executive Order 14148, Initial Rescissions of Harmful Executive Orders and Actions (January 20, 2025) | |
| 3 | Executive Order 14171, Restoring Accountability to Policy-Influencing Positions Within the Federal Workforce (January 20, 2025) | |
| 4 | January 31, 2025 Presidential Memorandum: *Limiting Lame-Duck Collective Bargaining Agreements that Improperly Attempt to Constrain the New President* | |
| 5 | Memorandum from Charles Ezell, Acting Director, U.S. Office of Personnel Management, *Guidance on Collective Bargaining Obligations in Connection with Return to In-Person Work* | |
| 6 | Memorandum from Charles Ezell, Acting Director, U.S. Office of Personnel Management, *Guidance on Revocation of Executive Order 14003* | |