UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES AFL−CIO et al., <br><br>                              Plaintiff(s), <br><br> v. <br><br> KRISTI NOEM et al., <br><br>                              Defendant(s). | CASE NO. 2:25−cv−00451−JNW <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Jamal N Whitehead, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−00451−JNW and bear the Judge's name in the upper right hand corner of the document.

DATED October 17, 2025

                                              Ravi Subramanian
                                              Clerk of Court

                                              By: /s/ Grant Cogswell
                                                    Deputy Clerk