Judge Whitehead

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; HA NGUYEN McNEILL, in her official capacity as Senior Official Performing the Duties of the Administrator of the Transportation Security Administration[1]; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. 2:25-cv-00451-JNW<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION AND FOR DISSOLUTION OF PRELIMINARY INJUNCTION**<br><br>(Proposed) |

---

[1] Plaintiffs' Complaint named Adam Stahl, the head of the Transportation Security Administration, at the time the Complaint was filed, as an official-capacity Defendant. As noted in Defendants' Answer filed on October 7, 2025, Dkt. # 53, ¶ 29, the case caption has been updated to reflect substitution pursuant to Federal Rule of Civil Procedure 25(d) of the current head of the agency, Ha McNeill, in place of Mr. Stahl. Defendant McNeill's title was identified in the Answer as Acting Administrator of the Transportation Security Administration. As of the date of this motion, she remains the head of the agency, but her current title is Senior Official Performing the Duties of the Administrator. Defendants have updated the case caption accordingly.

ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION AND FOR DISSOLUTION OF PRELIMINARY INJUNCTION - 1
(Case No. 2:25-cv-00451-JNW)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

The Court, having considered Defendants' Motion to Dismiss Complaint for Lack of Subject-Matter Jurisdiction and for Dissolution of Preliminary Injunction, including the memoranda filed by the parties for and against the motion, and being fully advised in the matter,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1. Defendants' Motion to Dismiss Complaint for Lack of Subject-Matter Jurisdiction and for Dissolution of Preliminary Injunction should be and is hereby granted.

2. Plaintiffs' Complaint should be and is hereby dismissed without prejudice and with leave to amend.

3. The Preliminary Injunction should be and is hereby dissolved as moot.

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

Presented by:

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

Attorney for Defendants

ORDER GRANTING MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION AND FOR DISSOLUTION OF PRELIMINARY INJUNCTION - 2
(Case No. 2:25-cv-00451-JNW)