UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM; U.S. DEPARTMENT OF HOMELAND SECURITY; HA NGUYEN MCNEILL; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. C25-451 JNW<br><br>ORDER |

This matter comes before the Court on Plaintiffs' request for a telephonic hearing to set a briefing schedule on their Emergency Motion to Enforce Preliminary Injunction. *See* Dkt. No. 59 at 13. The Court is amenable to Plaintiffs' request, but the Court finds it prudent to have the Parties discuss a proposed briefing schedule amongst themselves before seeking judicial intervention.

ORDER - 1

Therefore, the Court ORDERS the following:

1. By 3:30 p.m. (PT) on December 23, 2025, the Parties must meet and confer and file a stipulated motion proposing an agreed-upon briefing schedule regarding Plaintiff's Emergency Motion, Dkt. No. 59, for the Court's review.

2. Failing agreement between the parties, the Court will hold a telephonic scheduling hearing on December 23, 2025, at 4:00 p.m. to set a briefing schedule on the matter.

Dated this 22nd day of December 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2