Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*<br><br>    Defendants. | CASE NO. 2:25-cv-451-JNW<br><br>**STIPULATED NOTICE TO EXTEND DEADLINES** |

As authorized by Judge Whitehead's Chambers Procedures, the Parties have agreed to extend the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Dissolution of Preliminary Injunction | January 2, 2026 | January 9, 2026 |
| Deadline for Defendants' Reply in Support of Motion to Dismiss and for Dissolution of Preliminary Injunction | January 9, 2026 | January 16, 2026 |

STIPULATED NOTICE TO EXTEND DEADLINES – 1
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

1  The Parties request that the Clerk of the Court reset the deadlines as noticed and renote

2  Defendants' Motion to Dismiss and for Dissolution of Preliminary Injunction (Dkt. No. 58) for

3  January 16, 2026.

4  Dated: December 23, 2025                    Respectfully submitted,

5  CHARLES NEIL FLOYD
   United States Attorney

6

7  */s/ Brian C. Kipnis*                       */s/ Kathleen Phair Barnard*
   BRIAN C. KIPNIS                             Kathleen Phair Barnard, WSBA No. 17896
   Assistant United States Attorney            */s/ Robert H. Lavitt*
8  Office of the United States Attorney        Robert H. Lavitt, WSBA No. 27758
   5220 United States Courthouse               Barnard Iglitzin & Lavitt LLP
9  700 Stewart Street                          18 W Mercer St, Suite 400
   Seattle, Washington 98101-1271              Seattle, WA 98119
10 Phone: 206 553 7970                         (206) 257-6004
   E-mail: brian.kipnis@usdoj.gov              barnard@workerlaw.com
11                                             lavitt@workerlaw.com
   Attorneys for Defendants
12
                                               */s/ Abigail V. Carter*
13                                             Abigail V. Carter*
                                               */s/ Jacob Karabell*
14                                             Jacob Karabell*
                                               */s/ J. Alexander Rowell*
15                                             J. Alexander Rowell*
                                               Bredhoff & Kaiser, P.L.L.C.
16                                             805 Fifteenth Street, N.W. Suite 1000
                                               Washington, D.C. 20005
17                                             (202) 842-2600
                                               (202) 842-1888 (fax)
18                                             acarter@bredhoff.com
                                               jkarabell@bredhoff.com
19                                             arowell@bredhoff.com

20                                             */s/ Norman L. Eisen*
                                               Norman L. Eisen*
21                                             */s/ Pooja Chaudhuri*
                                               Pooja Chaudhuri*
22                                             */s/ Taryn Wilgus Null*
                                               Taryn Wilgus Null*
23                                             Democracy Defenders Fund
                                               600 Pennsylvania Avenue SE, Suite 15180
24

STIPULATED NOTICE TO EXTEND DEADLINES – 2
CASE NO. 2:25-cv-451-JNW

Washington, DC 20003
(202) 594-9958
norman@democracydefenders.org
pooja@democracydefenders.org
taryn@democracydefenders.org
*Admitted pro hac vice

*Counsel for Plaintiffs*

*/s/ Rushab B. Sanghvi*
Rushab B. Sanghvi*
*/s/ Andres M. Grajales*
Andres M. Grajales*
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Admitted pro hac vice

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

STIPULATED NOTICE TO EXTEND DEADLINES – 3
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**