Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*<br><br>Defendants. | CASE NO. 2:25-cv-451-JNW<br><br>**STIPULATED MOTION TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' EMERGENCY MOTION TO ENFORCE; ORDER SETTING BRIEFING SCHEDULE RE SAME**<br><br>NOTE ON MOTION CALENDAR: December 23, 2025 |

The parties hereby file this stipulated motion pursuant to Local Civil Rule (7)(d)(1) and the Court's December 22, 2025, Order (Dkt. 62) to propose the following briefing schedule for Plaintiffs' Emergency Motion to Enforce (Dkt. 59). In order for the Motion to Enforce to be heard before implementation of Secretary Noem's September 29, 2025, determination (Dkt. 59-2 at Ex. 2), Defendants have agreed to extend the implementation date of the determination, currently scheduled for January 11, 2026, to January 18, 2026.

1. Defendants' Response: January 6, 2025.

2. Plaintiffs' Optional Reply: January 12, 2026, at 9:00 a.m. PST.

STIPULATED MOT. TO SET BRIEFING SCHEDULE – 1
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

1       In addition, if the Court would like to set a hearing on the motion, the parties are available

2 on January 13 or January 14, 2026.

3 Dated: December 23, 2025.                                                                    Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney<br><br>*/s/ Brian C. Kipnis*<br>BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Office of the United States Attorney<br>5220 United States Courthouse<br>700 Stewart Street<br>Seattle, Washington 98101-1271<br>Phone: 206 553 7970<br>E-mail: brian.kipnis@usdoj.gov<br><br>Attorneys for Defendants | */s/ Kathleen Phair Barnard*<br>Kathleen Phair Barnard, WSBA No. 17896<br>*/s/ Robert H. Lavitt*<br>Robert H. Lavitt, WSBA No. 27758<br>Barnard Iglitzin & Lavitt LLP<br>18 W Mercer St, Suite 400<br>Seattle, WA 98119<br>(206) 257-6004<br>barnard@workerlaw.com<br>lavitt@workerlaw.com<br><br>*/s/ Abigail V. Carter*<br>Abigail V. Carter*<br>*/s/ Jacob Karabell*<br>Jacob Karabell*<br>*/s/ J. Alexander Rowell*<br>J. Alexander Rowell*<br>Bredhoff & Kaiser, P.L.L.C.<br>805 Fifteenth Street, N.W. Suite 1000<br>Washington, D.C. 20005<br>(202) 842-2600<br>(202) 842-1888 (fax)<br>acarter@bredhoff.com<br>jkarabell@bredhoff.com<br>arowell@bredhoff.com<br><br>*/s/ Norman L. Eisen*<br>Norman L. Eisen*<br>*/s/ Pooja Chaudhuri*<br>Pooja Chaudhuri*<br>*/s/ Taryn Wilgus Null*<br>Taryn Wilgus Null*<br>Democracy Defenders Fund<br>600 Pennsylvania Avenue SE, Suite 15180<br>Washington, DC 20003<br>(202) 594-9958<br>norman@democracydefenders.org<br>pooja@ democracydefenders.org<br>taryn@democracydefenders.org |

STIPULATED MOT. TO SET BRIEFING SCHEDULE – 2
CASE NO. 2:25-cv-451-JNW

1

*Admitted pro hac vice*

2

*Counsel for Plaintiffs*

3

<u>/s/ Rushab B. Sanghvi</u>
Rushab B. Sanghvi*

4

<u>/s/ Andres M. Grajales</u>
Andres M. Grajales*

5

80 F Street, NW
Washington, DC 20001

6

(202) 639-6426
SanghR@afge.org

7

Grajaa@afge.org

8

*Admitted pro hac vice*

9

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOT. TO SET BRIEFING SCHEDULE – 3
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

**ORDER**

Having considered the parties' Stipulated Motion to Set Briefing Schedule for Plaintiffs' Emergency Motion to Enforce, it is hereby **ORDERED** that:

1. Defendants shall extend the implementation date of Secretary Noem's September 29, 2025 determination to January 18, 2026.

2. Defendants' Opposition is due January 6, 2026.

3. Plaintiffs' Optional Reply is due January 12, 2026 at 9:00 a.m. PST.

4. A Hearing on the motion will be held January 13, 2026 at 10:00 a.m. PST.

**IT IS SO ORDERED**.

Dated this 23rd day of December, 2025.

Jamal N. Whitehead
United States District Judge

Presented by:

/s/ Kathleen Phair Barnard
Kathleen Phair Barnard, WSBA No. 17896
/s/ Robert H. Lavitt
Robert H. Lavitt, WSBA No. 27758
Barnard Iglitzin & Lavitt LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6004
barnard@workerlaw.com
lavitt@workerlaw.com

/s/ Abigail V. Carter
Abigail V. Carter*
/s/ Jacob Karabell
Jacob Karabell*
/s/ J. Alexander Rowell
J. Alexander Rowell*
Bredhoff & Kaiser, P.L.L.C.

STIPULATED MOT. TO SET BRIEFING SCHEDULE; ORDER – 4
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
acarter@bredhoff.com
jkarabell@bredhoff.com
arowell@bredhoff.com

*/s/ Norman L. Eisen*
Norman L. Eisen*
*/s/ Pooja Chaudhuri*
Pooja Chaudhuri*
*/s/ Taryn Wilgus Null*
Taryn Wilgus Null*
Democracy Defenders Fund
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
(202) 594-9958
norman@democracydefenders.org
pooja@ democracydefenders.org
taryn@democracydefenders.org

*Admitted pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rushab B. Sanghvi*
Rushab B. Sanghvi*
*/s/ Andres M. Grajales*
Andres M. Grajales*
American Federation Of
Government Employees, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Admitted pro hac vice*

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

CHARLES NEIL FLOYD
United States Attorney

STIPULATED MOT. TO SET BRIEFING SCHEDULE; ORDER – 5
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

1  */s/ Brian C. Kipnis*
   BRIAN C. KIPNIS
2  Assistant United States Attorney
   Office of the United States Attorney
3  5220 United States Courthouse
   700 Stewart Street
4  Seattle, Washington 98101-1271
   Phone: 206 553 7970
5  E-mail: brian.kipnis@usdoj.gov

6  Attorneys for Defendants

---

STIPULATED MOT. TO SET BRIEFING SCHEDULE;
ORDER – 6
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**