Judge Whitehead

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; HA NGUYEN McNEILL, in her official capacity as Acting Administrator of the Transportation Security Administration; and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>Defendants. | CASE NO. 2:25-cv-0451-JNW<br><br>**ORDER DENYING PLAINTIFFS' EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>(Proposed) |

This matter comes before the Court on Plaintiffs' Emergency Motion to Enforce Preliminary Injunction (Dkt. # 59).

The Court, having considered the arguments presented by the parties for and against the motion and being fully informed,

ORDER DENYING PLAINTIFFS' EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION (Proposed) - 1
(Case No. 2:25-cv-0451-JNW)

HEREBY ORDERS that Plaintiffs' Motion to Enforce Preliminary Injunction is denied.

DATED this _____ day of _____, 2026.

JAMAL N. WHITEHEAD
United States District Judge

Presented by:

*/s/Brian C. Kipnis*
Brian C. Kipnis
Assistant United States Attorney

Attorney for Defendants

ORDER DENYING PLAINTIFFS' EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION (Proposed) - 2
(Case No. 2:25-cv-0451-JNW)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970