Judge Jamal N. Whitehead

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO;
*et al.*,

      Plaintiffs,

 v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of Homeland Security[1];
*et al.*

      Defendants.

CASE NO. 2:25-cv-451-JNW

**JOINT MOTION TO SUSPEND
DISPOSITIVE MOTION
DEADLINE AND SET DEADLINE
FOR JOINT STATUS REPORT;
[~~PROPOSED~~] ORDER**

NOTE ON MOTION CALENDAR:
May 8, 2026

The parties hereby file this joint motion pursuant to Local Civil Rule (7)(d)(1) and Judge Whitehead's Chambers Procedures to suspend the May 18, 2026 dispositive motion deadline set forth in this Court's Order Setting Trial Date and Related Dates (Dkt. No. 56) and to request that the Parties be permitted to file a Joint Status Report by Friday, May 22, 2026 for use in resetting the Trial Date and Related Dates. Good cause exists for this motion, as set forth below.

1.      On February 27, 2025, then-Secretary of Homeland Security Kristi Noem issued a

---

[1] Markwayne Mullin assumed office as the Secretary of Homeland Security on March 24, 2026. He is thereby substituted as a party-defendant for Kristi Noem, former Secretary of Homeland Security, pursuant to Fed. R. Civ. P. 25(d).

JOINT MOT. TO SUSPEND DISPOSITIVE MOT.
DEADLINE – 1
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**

Determination ("February Determination") that, *inter alia*, unilaterally terminated the collective bargaining agreement in effect between Plaintiff AFGE and Defendant TSA and associated grievances. Plaintiffs filed suit challenging this termination on March 13, 2025.

2.     This Court granted a preliminary injunction on June 6, 2025 (Dkt. No. 39).

3.     This Court denied Defendant's First Motion to Dismiss on August 13, 2025 (Dkt. No. 47). Defendants filed their answer and Administrative Record underlying Noem's February Determination on October 7, 2025.

4.     On October 14, 2025, the Parties jointly submitted their Joint Status Report as required by Federal Rule of Civil Procedure 26(f) and this Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 55).

5.     On October 14, 2025, this Court (Judge Pechman) issued an Order Setting Trial Date and Related Dates (Dkt. No. 56), including a dispositive motion deadline of May 18, 2026 and a trial date of September 14, 2026.

6.     On December 12, 2025, Defendants published a new determination that was signed by then-Secretary Noem on September 29, 2025 ("September Determination"), which again unilaterally terminated the AFGE-TSA CBA and associated grievances. The September Determination by its terms rescinded the February Determination. The same day, Defendants filed a Motion to Dismiss and for Dissolution of Preliminary Injunction (Dkt. No. 58).

7.     On December 18, 2025, Plaintiffs AFGE and AFGE Local 1121 filed an Emergency Motion to Enforce Preliminary Injunction (Dkt. No. 59).

8.     On January 9, 2026, Plaintiffs filed a Motion for Leave to File Supplemental Complaint, which proposed supplementing the complaint with allegations that squarely address the September Determination (Dkt. No. 69).

JOINT MOT. TO SUSPEND DISPOSITIVE MOT. DEADLINE – 2
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**

9.      On January 15, 2026, this Court issued an Order Clarifying Preliminary Injunction, (Dkt. No. 73), thereby resolving Plaintiffs' Emergency Motion to Enforce.

10.     Defendants' Motion to Dismiss and Dissolve Preliminary Injunction (Dkt. No. 58) and Plaintiffs' Motion for Leave to File Supplemental Complaint (Dkt. No. 69) are fully briefed and remain pending.

11.     In light of these pending motions, there is good cause to suspend the May 18, 2026, dispositive motion deadline contained in the Order Setting Trial Dates. This Order was set before Defendants published the September Determination, which rescinded the February Determination and again terminated the CBA—an intervening factual occurrence that affects Plaintiffs' challenge to the termination of the CBA and associated grievances.

12.     The scope of the claims at issue in this case is currently uncertain, due to the pending Motion to Dismiss and Motion for Leave to File Supplemental Complaint, hindering the Parties' efforts to brief dispositive motions and prepare for trial, if necessary.

13.     Additionally, because the Motion for Leave to File Supplemental Complaint has not been decided, Defendants have not answered the Proposed Supplemental Complaint or produced the Administrative Record applicable to the September Determination. Moving forward with briefing dispositive motions that address the latest September Determination is therefore not possible because the relevant Administrative Record has yet to be produced. In addition, Plaintiffs need to review the Administrative Record applicable to the September Determination to determine what discovery, if any, is necessary prior to briefing dispositive motions.

14.     Furthermore, briefing dispositive motions addressing the rescinded February Determination would likely be duplicative of the issues raised in Defendants' pending Motion to Dismiss.

JOINT MOT. TO SUSPEND DISPOSITIVE MOT. DEADLINE – 3
CASE NO. 2:25-cv-451-JNW

15.    As such, moving forward with the current schedule would prejudice the parties and require duplicative briefing, hindering judicial efficiency.

16.    So that this case can continue to move towards final judgment, the Parties jointly request that this Court order that a Joint Status Report be submitted by the Parties by May 22, 2026 to be used in resetting the deadlines contained in the Order Setting Trial Dates.

Dated: May 8, 2026                                   Respectfully submitted,

*/s/ Brian C. Kipnis*                                   */s/ Kathleen Phair Barnard*
BRIAN C. KIPNIS                                   Kathleen Phair Barnard, WSBA No. 17896
Assistant United States Attorney             */s/ Robert H. Lavitt*
Office of the United States Attorney        Robert H. Lavitt, WSBA No. 27758
5220 United States Courthouse               Barnard Iglitzin & Lavitt LLP
700 Stewart Street                                  18 W Mercer St, Suite 400
Seattle, Washington 98101-1271             Seattle, WA 98119
Phone: 206 553 7970                               (206) 257-6004
E-mail: brian.kipnis@usdoj.gov             barnard@workerlaw.com
                                                             lavitt@workerlaw.com
Attorney for Defendants

                                                             */s/ Abigail V. Carter*
                                                             Abigail V. Carter*
                                                             */s/ Jacob Karabell*
                                                             Jacob Karabell*
                                                             */s/ J. Alexander Rowell*
                                                             J. Alexander Rowell*
                                                             Bredhoff & Kaiser, P.L.L.C.
                                                             805 Fifteenth Street, N.W. Suite 1000
                                                             Washington, D.C. 20005
                                                             (202) 842-2600
                                                             (202) 842-1888 (fax)
                                                             acarter@bredhoff.com
                                                             jkarabell@bredhoff.com
                                                             arowell@bredhoff.com

                                                             */s/ Norman L. Eisen*
                                                             Norman L. Eisen*
                                                             */s/ Pooja Chaudhuri*
                                                             Pooja Chaudhuri*
                                                             */s/ Taryn Wilgus Null*
                                                             Taryn Wilgus Null*
                                                             Democracy Defenders Fund
                                                             600 Pennsylvania Avenue SE, Suite 15180

JOINT MOT. TO SUSPEND DISPOSITIVE MOT. DEADLINE – 4
CASE NO. 2:25-cv-451-JNW

Washington, DC 20003
(202) 594-9958
norman@democracydefenders.org
pooja@ democracydefenders.org
taryn@democracydefenders.org

*Admitted pro hac vice

Counsel for Plaintiffs

/s/ Rushab B. Sanghvi
Rushab B. Sanghvi*
/s/ Andres M. Grajales
Andres M. Grajales*
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Admitted pro hac vice

Counsel for Plaintiff American Federation
of Government Employees (AFGE)

JOINT MOT. TO SUSPEND DISPOSITIVE MOT. DEADLINE – 5
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400   **BARNARD**

SEATTLE, WASHINGTON 98119   **IGLITZIN &**

TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**

# [PROPOSED] ORDER

Having considered the parties' Motion to Suspend Dispositive Motion Deadline and Set Deadline for Joint Status Report, it is hereby **ORDERED** that:

1.    The May 18, 2026 dispositive motion deadline contained in the Order Setting Trial Dates and Related Dates (Dkt. No. 56) is suspended.

2.    The Parties shall submit a Joint Status Report by May 22, 2026 to be considered by this Court in resetting the deadlines contained in the Order Setting Trial Dates.

**IT IS SO ORDERED**.

Dated May 11, 2026

Jamal N. Whitehead
United States District Judge

Presented by:

*/s/ Kathleen Phair Barnard*
Kathleen Phair Barnard, WSBA No. 17896
*/s/ Robert H. Lavitt*
Robert H. Lavitt, WSBA No. 27758
Barnard Iglitzin & Lavitt LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6004
barnard@workerlaw.com
lavitt@workerlaw.com

*/s/ Abigail V. Carter*
Abigail V. Carter*
*/s/ Jacob Karabell*
Jacob Karabell*
*/s/ J. Alexander Rowell*
J. Alexander Rowell*
Bredhoff & Kaiser, P.L.L.C.

JOINT MOT. TO SUSPEND DISPOSITIVE MOT. DEADLINE; [PROPOSED] ORDER – 6
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

**BARNARD IGLITZIN & LAVITT LLP**

805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
acarter@bredhoff.com
jkarabell@bredhoff.com
arowell@bredhoff.com

*/s/ Norman L. Eisen*
Norman L. Eisen*
*/s/ Pooja Chaudhuri*
Pooja Chaudhuri*
*/s/ Taryn Wilgus Null*
Taryn Wilgus Null*
Democracy Defenders Fund
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
(202) 594-9958
norman@democracydefenders.org
pooja@ democracydefenders.org
taryn@democracydefenders.org

*Admitted pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rushab B. Sanghvi*
Rushab B. Sanghvi*
*/s/ Andres M. Grajales*
Andres M. Grajales*
American Federation Of
Government Employees, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Admitted pro hac vice*

*Counsel for Plaintiff American Federation
of Government Employees (AFGE)*

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

JOINT MOT. TO SUSPEND DISPOSITIVE MOT.
DEADLINE; [~~PROPOSED~~] ORDER – 7
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400  **BARNARD**

SEATTLE, WASHINGTON 98119  **IGLITZIN &**

TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

Attorney for Defendants

JOINT MOT. TO SUSPEND DISPOSITIVE MOT.
DEADLINE; [PROPOSED] ORDER – 8
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400    **BARNARD**

SEATTLE, WASHINGTON 98119    **IGLITZIN &**

TEL 800.238.4231 | FAX 206.378.4132    **LAVITT LLP**