Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO;
*et al.*,

      Plaintiffs,

 v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of Homeland Security;
*et al.*

      Defendants.

CASE NO. 2:25-cv-451-JNW

**JOINT STATUS REPORT**

Plaintiffs American Federation of Government Employees, AFL-CIO, et al. ("Plaintiffs") and Defendants Markwayne Mullen, et al. ("Defendants") (together with Plaintiffs, "the Parties") have met and conferred on May 15, 2026 regarding the Joint Status Report required by this Court's Order Suspending Dispositive Motion Deadline and Set Deadline for Joint Status Report (Dkt. No. 81). Pursuant to this Court's Order, the Parties hereby submit the following Joint Status Report "to be used in resetting the deadlines contained in the Order Setting Trial Dates:"

JOINT STATUS REPORT – 1
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400 **BARNARD**
SEATTLE, WASHINGTON 98119 **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132 **LAVITT LLP**

## I.      Parties' Proposals for Resetting Deadlines

The parties jointly propose that the administrative record regarding the September Determination be submitted by Defendants 30 days after the Court decides Plaintiffs' Motion for Leave to File Supplemental Complaint. (Dkt. 69). The parties were unable to come to agreement on a joint proposal for other key deadlines to be used in resetting the dates contained in the Order Setting Trial Dates, and set forth separate proposals for those deadlines below.

### A.  Plaintiffs' Proposal

Discovery, preparation of summary judgment briefing, and trial preparation are all dependent upon which claims are at issue in this case and the production of the administrative record regarding the September Determination. As such, Plaintiffs propose that deadlines be set based on when Defendants produce the administrative record, which the parties jointly agree should be 30 days after the pending Motion for Leave to File Supplemental Complaint is resolved. Plaintiffs therefore propose:

- **Administrative Record for September Determination produced:** 30 days after Plaintiffs' Motion for Leave to File Supplemental Complaint is decided

- **End of discovery:** 6 months after administrative record is produced

- **Cross-summary judgment motions due:** 1 month after discovery closes

- **Trial date**: 4 months after summary judgment motions are due

### B.  Defendants' Proposal

Defendants anticipate that a ruling will be forthcoming soon on the parties' pending motions and therefore propose the following fixed deadlines:

- **Administrative Record for September Determination produced:** 30 days after

JOINT STATUS REPORT – 2
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400  **BARNARD**

SEATTLE, WASHINGTON 98119  **IGLITZIN &**

TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

Plaintiffs' Motion for Leave to File Supplemental Complaint is decided

- **End of discovery:** September 25, 2026

- **Cross-summary judgment motions due:** October 30, 2026

- **Trial date:** January 25, 2026


Dated: May 22, 2026                    Respectfully submitted,

*/s/ Brian C. Kipnis*                          */s/ Kathleen Phair Barnard*
BRIAN C. KIPNIS                          Kathleen Phair Barnard, WSBA No. 17896
Assistant United States Attorney         */s/ Robert H. Lavitt*
Office of the United States Attorney     Robert H. Lavitt, WSBA No. 27758
5220 United States Courthouse            Barnard Iglitzin & Lavitt LLP
700 Stewart Street                       18 W Mercer St, Suite 400
Seattle, Washington 98101-1271           Seattle, WA 98119
Phone: 206 553 7970                      (206) 257-6004
E-mail: brian.kipnis@usdoj.gov           lavitt@workerlaw.com

Attorneys for Defendants                 */s/ Abigail V. Carter*
                                         Abigail V. Carter*
                                         */s/ Jacob Karabell*
                                         Jacob Karabell*
                                         */s/ J. Alexander Rowell*
                                         J. Alexander Rowell*
                                         Bredhoff & Kaiser, P.L.L.C.
                                         805 Fifteenth Street, N.W. Suite 1000
                                         Washington, D.C. 20005
                                         (202) 842-2600
                                         acarter@bredhoff.com
                                         jkarabell@bredhoff.com
                                         arowell@bredhoff.com

JOINT STATUS REPORT – 3
CASE NO. 2:25-cv-451-JNW

*/s/ Norman L. Eisen*
Norman L. Eisen*
*/s/ Pooja Chaudhuri*
Pooja Chaudhuri*
*/s/ Taryn Wilgus Null*
Taryn Wilgus Null*
Democracy Defenders Fund
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
(202) 594-9958
norman@democracydefenders.org
pooja@ democracydefenders.org
taryn@democracydefenders.org

*Admitted pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rushab B. Sanghvi*
Rushab B. Sanghvi*
*/s/ Andres M. Grajales*
Andres M. Grajales*
American Federation Of
Government Employees, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

*Admitted pro hac vice*

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

JOINT STATUS REPORT – 4
CASE NO. 2:25-cv-451-JNW

18 WEST MERCER ST., STE. 400  **BARNARD**

SEATTLE, WASHINGTON 98119  **IGLITZIN &**

TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**