UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; et al.,<br><br>Defendants. | CASE NO. 2:25-cv-00451-JNW<br><br>REVISED SCHEDULING ORDER |

This matter comes before the Court on the Parties' Joint Status Report ("JSR"). Dkt. No. 82. On May 11, 2026, the Court granted the Parties' stipulated motion to suspend the dispositive motion deadline in this matter. Dkt. No. 81. The Court also ordered the Parties to submit a JSR containing proposed amendments to the deadlines set in the Court's scheduling order at Dkt. No. 56, in light of

REVISED SCHEDULING ORDER - 1

Defendants' pending motion to dismiss, Dkt. No. 58, and Plaintiffs' motion to file supplemental complaint, Dkt. No. 69.

Having reviewed the JSR, the Court adopts Plaintiffs' proposal. Accordingly, the Court STRIKES the deadlines previously set in this matter, Dkt. No. 56, and ORDERS the following deadlines:

| Event | Date |
| --- | --- |
| Administrative Record for September Determination produced | 30 days after Plaintiffs' Motion for Leave to File Supplemental Complaint, Dkt. No. 69, is decided. |
| End of discovery | 6 months after administrative record is produced. |
| Cross-summary judgment motions due | 1 month after discovery closes. |
| Trial date | 4 months after summary judgment motions are due. |

The Court will set additional pre-trial deadlines at a later date.

Dated this 3rd day of June, 2026.

Jamal N. Whitehead
United States District Judge

REVISED SCHEDULING ORDER - 2