Judge Whitehead

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, etc., *et al.*,

Defendants.

CASE NO. C25-0451JNW

**STIPULATION FOR ORDER EXTENDING DEFENDANTS' TIME TO FILE ADMINISTRATIVE RECORD; ORDER THEREON**

(Note on Motion Calendar for:
August 5, 2026)

WHEREAS this action is brought by the American Federation of Government Employees (AFGE) and other labor unions (hereafter referred to collectively as "Plaintiffs") against the Secretary of Homeland Security and others (hereafter referred to collectively as "Defendants") to set aside a determination to rescind a collective bargaining agreement between AFGE and the Transportation Security Administration (TSA); and

WHEREAS on June 3, 2026, the Court entered a revised scheduling order (Dkt. # 83) that requires Defendants to produce the Administrative Record "30 days after Plaintiffs' Motion for Leave to File Supplemental Complaint, Dkt. No. 69, is decided"; and

WHEREAS on July 6, 2026, the Court granted Plaintiffs' Motion for Leave to File their Supplemental Complaint (Dkt. # 84) making the Administrative Record due on August 5, 2026;

WHEREAS because preparation of the Administrative Record is not complete, Defendants requested that Plaintiffs stipulate to a 30-day extension of this deadline; and



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

WHEREAS Plaintiffs do not object to an extension of time that allows the administrative record to be filed on or before September 4, 2026;

NOW THEREFORE the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

> Defendants' time to produce the administrative record shall be extended to September 4, 2026.

SO STIPULATED.

DATED this 5th day of August 2026.

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
Email: brian.kipnis@usdoj.gov

*Attorney for Defendants*

SO STIPULATED.

DATED this 5th day of August 2026.

*/s/Robert H. Lavitt*
Robert H. Lavitt, WSBA No. 27758
Barnard Iglitzin & Lavitt LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6004

*/s/ Abigail V. Carter*
Abigail V. Carter*
*/s/ J. Alexander Rowell*
J. Alexander Rowell*
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
(202) 842-2600
(202) 842-1888 (fax)
acarter@bredhoff.com
arowell@bredhoff.com

*/s/ Norman L. Eisen*
Norman L. Eisen*
*/s/ Pooja Chaudhuri*
Pooja Chaudhuri*
*/s/ Taryn Wilgus Null*
Taryn Wilgus Null*
State Democracy Defenders Fund
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
(202) 594-9958
norman@statedemocracydefenders.org
pooja@statedemocracydefenders.org
taryn@statedemocracydefenders.org

**Admitted pro hac vice*

*Counsel for Plaintiffs*

*/s/ Rushab B. Sanghvi*
Rushab B. Sanghvi*
*/s/ Andres M. Grajales*
Andres M. Grajales*
American Federation Of
Government Employees, AFL-CIO
80 F Street, NW
Washington, DC 20001
(202) 639-6426
SanghR@afge.org
Grajaa@afge.org

**Admitted pro hac vice*

*Counsel for Plaintiff American Federation of Government Employees (AFGE)*

## ORDER

IT IS SO ORDERED.

DATED this 13th day of August, 2026.

JAMAL N. WHITEHEAD
United States District Judge



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970