Judge Whitehead

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID P. CUMMINS, in his official capacity as Administrator of the Transportation Security Administration[1]; and TRANSPORTATION SECURITY ADMINISTRATION,

Defendants.

CASE NO. C25-0451JNW

**NOTICE OF APPEAL**

[1] David P. Cummins was sworn in on August 7, 2026 as Administrator of the Transportation Security Administration and is hereby substituted for Ha Nguyen McNeill, former Acting Administrator of the Transportation Security Administration, pursuant to Rule 25(d), Fed. R. Civ. P.



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

TO PLAINTIFF AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO TSA LOCAL 1121; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO; and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Markwayne Mullin, in his official capacity as Secretary of Homeland Security; the U.S. Department of Homeland Security, David P. Cummins, in his official capacity as Administrator of the Transportation Security Administration; and the Transportation Security Administration, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on July 28, 2026 (Dkt. # 87).

DATED this 25th day of September 2026.

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Email: brian.kipnis@usdoj.gov

Attorney for Defendants